## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANIEL FEUERBORN,**

        **Plaintiff,**

v.

                                    **Case No. 3:24-cv-02223-SPM**

**TOYOTA MOTOR SALES, U.S.A., INC., et al.,**

        **Defendants.**

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

      **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on August 8, 2025 (Doc. 33), this action is **DISMISSED without prejudice**.

      **DATED:  August 8, 2025**

                                     **MONICA A. STUMP,**
                                     **Clerk of Court**

                                     **By:  s/ *Jackie Muckensturm*___**
                                          **Deputy Clerk**

        **APPROVED: s/ *Stephen P. McGlynn***
                    **STEPHEN P. McGLYNN**
                    **U.S. District Judge**